RECEIVED CLERK'S OFFICE
2014 JUN 30 A
DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| WINARD MONTEZ EADY, PETITIONER | CASE # 2:12-CR-415 |
| V. | |
| UNITED STATES OF AMERICA RESPONDENT | HONORABLE JUDGE DAVID C. NORTON |

## Motion For Appointment of Counsel

Now Comes Petitioner Winard M. Eady, before this Honorable Court seeking the Appointment of Appellate Counsel, Petitioner submits the following Reasons for this Respectful Request:

(A) Petitioner's Trial Counsel (Jill Halevi) filed No Notice of Appeal for this Petitioner.

(B) Petitioner's Trial Counsel says (in-letter) that she cannot assist Petitioner on 2255. (June 18 2014):

(C) Petitioner has only the time constraints imposed by the time limitations of A.E.D.P.A:

Therefore, Petitioner Respectfully Requests this Honorable Court Appoint him Appellate Counsel as Soon as Possible.

(D) Petitioner is indigent, has no means financially to obtain the transcripts, motions and various documents needed to successfully do a 2255 motion.

## Conclusion

PETITIONER, WINARD M. EADY, PRAYS THIS HONORABLE COURT GRANT HIS MOTION FOR APPELLATE COUNSEL APPOINTMENT AND HOW TO CONTACT THEM IF GRANTED.

Respectfully Submitted

25, JUNE 2014;

*Winard M Eady*
WINARD MONTEZ EADY
# 24174-171
F.C.I. WILLIAMSBURG
P.O. BOX 340
SALTERS, S.C. 29590